IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDNA MILLER, et al.,

        Plaintiffs,                No. 2:10-cv-2850 GEB DAD PS

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,
                                            <u>ORDER</u>
        Defendants.
                                   /

        This matter came before the court on January 28, 2011, for hearing on defendants' motion to dismiss filed December 7, 2010. Plaintiffs Edna Miller and David McGuire, both proceeding pro se, appeared telephonically on their own behalf. Kenneth C. Jones, Esq., appeared telephonically for the defendants.

        For the reasons set forth on the record, IT IS ORDERED that:

        1. The hearing of defendants' December 7, 2010 motion to dismiss (Doc. No. 9) is continued to February 18, 2011, at 10:00 a.m. in Courtroom 27, at which time the motion will be heard concurrently with defendants' January 14, 2011 motion to strike and dismiss (Doc. No. 13);

        2. Plaintiffs' opposition to each motion shall be filed and served on or before February 4, 2011, either by plaintiffs pro se or by any attorney retained prior to that date;

1

3. The court will not extend the deadline for filing opposition or continue the February 18, 2011 hearing date absent the agreement of defendants' counsel;

4. Any party or counsel may appear at the hearing telephonically by making arrangements with Pete Buzo, Courtroom Deputy to the undersigned, as set forth in court; and

5. The Status (Pretrial Scheduling) Conference set for March 11, 2011, at 11:00 a.m. before the undersigned is vacated pending disposition of defendants' motions.

DATED: February 2, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\miller2850.oah.012811

2